FILED
CLERK, U.S. DISTRICT COURT

FEB 13 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: vdr DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

| | |
|---|---|
| Sean Jefferson, Plaintiff, v. Unknown, Defendant(s). | CASE NUMBER: CV18-10482-FMO (AS) |
| | **ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE** |

On December 28, 2018, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend. Plaintiff was advised to resubmit the Request to Proceed Without Prepayment of Filing Fees and Complaint with a certified copy of the Trust Account Statement and Disbursement Authorization within 30 days, and failure to do so would result in closure of the case.

Plaintiff has failed to submit a timely response. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

IT IS ORDERED.

DATED: February 13, 2019

/s/ Fernando M. Olguin
United States District Judge

Presented by:

/ s / Alka Sagar
United States Magistrate Judge